**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McNeil, Joseph E** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McNeil, Beverly J** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-8860** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-1504** |
| Street Address of Debtor (No. & Street, City, and State):<br>**849 Wentworth Ave**<br>**apt 2**<br>**Calumet City, IL**   ZIP Code **60409** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**849 Wentworth Ave**<br>**apt 2**<br>**Calumet City, IL**   ZIP Code **60409** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ■ Chapter 13

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)     FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **McNeil, Joseph E** <br> **McNeil, Beverly J** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: **Northern District of Illinois** | Case Number: **0140234** | Date Filed: **11/15/01** |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br> I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. <br><br> **X  /s/ Robert J. Semrad, Jr.**      **May 19, 2006** <br> Signature of Attorney for Debtor(s)     Date <br> **Robert J. Semrad, Jr.** |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. <br><br> ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor** (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)** **FORM B1**, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | McNeil, Joseph E<br>McNeil, Beverly J |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Joseph E McNeil**
Signature of Debtor **Joseph E McNeil**

**X /s/ Beverly J McNeil**
Signature of Joint Debtor **Beverly J McNeil**

_____
Telephone Number (If not represented by attorney)

**May 19, 2006**
Date

### Signature of Attorney

**X /s/ Robert J. Semrad, Jr.**
Signature of Attorney for Debtor(s)

**Robert J. Semrad, Jr. 6226455**
Printed Name of Attorney for Debtor(s)

**Robert J. Semrad and Assoiactes**
Firm Name

**407 South Dearborn**
**Suite 600**
**Chicago, IL 60605**

Address

**Email: msemrad@robertjsemrad.com**
**312-913-0625  Fax: 312-913-0631**
Telephone Number

**May 19, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Account Management Service
P O Box 19617
Indianapolis, IN 46219-0617


Account Management Service
PO Box 666221
Indianapolis, IN 46266


Account Management Services
P O Box 662400
Indianapolis, IN 46266


Alliance One
P.O.box 3102
Southeastern, PA 19398-3102


Americash Loans
17340 Torrence Ave
Lansing, IL 60438


Asset Accept
PO Box 2036
Warren, MI 48090


Capital One
PO Box 790216
Remittance Processing
Saint Louis, MO 63179


Cardiology Associates of NW Indiana
P O Box 1969
Highland, IN 46322-0969


Cardiology Associates of NW Indiana
P O Box 1969
Highland, IN 46322-0969


Cardiology Associates of NW Indiana
P O Box 1969
Highland, IN 46322-0969


CCSI
PO Box 10428
Merrillville, IN 46411

```
Centrix Financial
6782 S Potomac st
Englewood, CO 80112


Chase Auto Finance
P O Box 9001937
Louisville, KY 40290-1937


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


DCP of Illinois
in the Sears Store at River Oaks
2 River Oaks Center
Calumet City, IL 60409-5518


Encore Recievable Management Inc.
PO Box 3330
Olathe, KS 66063


First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147


Illiana Surgery & Medical Center LL
PO Box 3516
Munster, IN 46321


Ivanhoe Dental Group
61 W 144th st
Riverdale, IL 60827


Ivanhoe Dental Group
61 W 144th st
Riverdale, IL 60827


John & Faye Faber
3695 188th p[l
Lansing, IL 60438
```

```
Kmart Corp
500 W. Madison
Chicago, IL 60664


Lake Imaging LLC
55 East 86th Avenue, Suite A
Merrillville, IN 46411


Lake Imaging LLC
55 East 86th Avenue, Suite A
Merrillville, IN 46411


Lake Imaging LLC
55 East 86th Avenue, Suite A
Merrillville, IN 46411


Lake Imaging LLC
55 East 86th Avenue, Suite A
Merrillville, IN 46411


Lake Imaging LLC
55 East 86th Avenue, Suite A
Merrillville, IN 46411


Legacy Visa
P O Box 2677
Omaha, NE 68103-2677


MCI Worldcom
P.O. Box 650547
Dallas, TX 75265-0547


Michael P. Margelefsky
709 Madison Ave
suite 302
Toledo, OH 43624


Midland Credit Management Inc.
Department 8870
Los Angeles, CA 90084


Mutual Hospital Services
P O Box 663519
Indianapolis, IN 46266
```

Mutual Hospital Services
PO Box 19828
Indianapolis, IN 46219

Mutual Hospital Services
P O Box 663519
Indianapolis, IN 46266

Mutual Hospital Services
PO Box 19828
Indianapolis, IN 46219

National Enterprise Systems
29125 Solon Road
Solon, OH 44139

NCO Financial Services
P.O. Box 41457
Philadelphia, PA 19101-1457

Nicor Gas
P O Box 310
Aurora, IL 60507-0310

Park Dansan
P.O. box 248 113 North 3rd Street
Gastonia, NC 28053

Pathology Assoc of Chicago
Po Box 88487
Chicago, IL 60680

Pathology Assoc of Chicago
Po Box 88487
Chicago, IL 60680

Premier Credit Corporation
PO BOX 2655
Des Plaines, IL 60017

Progressive Management systems
PO BOX 2220
West Covina, CA 91793

Richard P. Komyatte
9650 Gordon Drive
Highland, IN 46322


Richard R. Della
9447 w. 144TH Pl
Orland Park, IL 60462


Risk management
2200 S Busse Road
Mount Prospect, IL 60056


Saint Margaret Mercy
24 Joliet Street
Dyer, IN 46311


Saint Margaret Mercy Healthcare Cen
37621 Eagle Way
Chicago, IL 60678


SBC
Bill Payment Center
Chicago, IL 60663


SBC
Bill Payment Center
Chicago, IL 60663


SBC
Bill Payment Center
Chicago, IL 60663


SBC
Bill Payment Center
Chicago, IL 60663


SST Card Services
PO Box 23060
Columbus, GA 31902


St Margaret Mercy Healthcare Center
5454 Hohman Ave
Hammond, IN 46320

```
St Margaret Mercy Healthcare Center
5454 Hohman Ave
Hammond, IN 46320


St Margaret Mercy Healthcare Center
5454 Hohman Ave
Hammond, IN 46320


St Margaret Mercy Healthcare Center
5454 Hohman Ave
Hammond, IN 46320


St Margaret of Mercy Hospital
24 Joliet
Dyer, IN 46311


St. Margaret Mercy Healthcare
5454 Hohman Ave
Hammond, IN 46320


Sun Cash
598 S Torrence Ave
Calumet City, IL 60409


The Westmoreland Agency
P O Box 85522
Richmond, VA 23285


Van Ru Credit
10024 Skokie
Skokie, IL 60077


Van Ru Credit Corporation
1350 E. Toughy Ave. Ste 100E
Des Plaines, IL 60018


Van Ru Credit Corporation
1350 E. Toughy Ave. Ste 100E
Des Plaines, IL 60018


Verizon
1515 Woodfield Road
Ste. 1400, 12th Floor
Schaumburg, IL 60173
```

```
Verizon Wireless
7777 Big Timber Rd
Elgin, IL 60123


Wal-Mart
P.O. Box 960023
Orlando, FL 32896-0023


Wal-Mart Stores
P O Box 2844
Tuscaloosa, AL 35403


Wal-Mart Stores
P O Box 2844
Tuscaloosa, AL 35403


Walmart
P.O. Box 960023
Orlando, FL 32896


Wexler & Wexler
500 W. Madison
Chicago, IL 60661
```